PROB 12C
ED'AR (12 2012)

# United States District Court
## for the
## Eastern District of Arkansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gary Jay Phillips  Case Number: 4:98CR00034-01 BRW

Name of Sentencing Judicial Officer: Honorable Billy Roy Wilson
United States District Judge

Original Offense: Count 1: Carrying a Weapon During a Drug Trafficking Offense
Count 2: Conspiracy to Possess with Intent to Distribute Methamphetamine
Count 3: Misprision of a Felony

Date of Sentence: January 21, 1999

Original Sentence: 60 months on Count 1 to be served consecutively to Counts 2 & 3; 60 months on Count 2, 36 months to be served consecutively to Count 1 and to run concurrently to the undischarged term of imprisonment in the Arkansas Department of Correction, 3 years supervised release, substance abuse treatment, substance abuse testing, and $300 special penalty assessment.

Revocation: On April 5, 2012, Mr. Phillips' term of supervised release was revoked. He was sentenced to 14 month Bureau of Prisons, one (1) year supervised release, and the first six (6) months of supervised release to be spent at a halfway house.

Modification: On December 31, 2012, Mr. Phillips' term of supervised release was modified to include the following special conditions: The defendant shall participate, if deemed necessary by the probation office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. The defendant shall refrain from the use of alcohol throughout the course of treatment.

| Type of Supervision: | Supervised Release | Date Supervision Commenced: March 13, 2013 |
|---|---|---|
| | | Date Supervision Expires: March 12, 2014 |
| U.S. Probation Officer: Brenna Willis-Cross | Asst. U.S. Attorney: Jana Harris | Defense Attorney: To be determined |

### PETITIONING THE COURT

☐ To Issue a Warrant
☒ To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Special (1) | **The first six (6) months of supervised release is to be served at a halfway house.** On May 22, 2013, Mr. Phillips was asked to leave the City of Faith after threatening another resident with bodily harm. |

I declare under penalty of perjury that the foregoing is true and correct.

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_Brenna Willis-Cross_
Brenna Willis-Cross
U.S. Probation Officer

Executed on   June 10, 2013

_Stephani Nugget_
For Jana Harris
Assistant U.S. Attorney

Executed on   6/10/13

THE COURT ORDERS:

☐ No Action

☐ The Issuance of a Warrant Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only)

☒ The Issuance of a Summons

☐ Other

Considered this  11th  day of
June  . 20 13 and made a
part of the records in the above case.

_Billy Roy Wilson_
Billy Roy Wilson
United States District Judge